PEOPLE, Respondent, v. HENDERSON, Appellant. (Supreme Court, Appellate Divi-

sion, Second Department. January 23, 1914.) Proceeding by the People of the State of New York against Charles Henderson. No opinion. Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the calendar for the March term, and be ready for argument when reached; otherwise, motion granted.

---

PEOPLE, Respondent, v. HOLMES, Appellant. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against William Holmes. W. S. Kennedy, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.